# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

US BANK NATIONAL ASSOCIATION,

      Plaintiff,

v.                          Case No:  6:12-cv-1054-Orl-22DAB

ARLETTE DE ANDRADE, THE UNKNOWN SPOUSE OF ARLETTE DE ANDRADE, ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN  TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST, BANK OF AMERICA N.A., TENANT 1, TENANT 2, TENANT 3 and TENANT 4,

      Defendants.

---

### RECUSAL ORDER

Upon the Court's own motion, based upon the review of the file in this case, the undersigned Judge determines the interests of justice would be served by recusal from this case because a member of the Judge's family has a financial interest in an entity that has an interest in this action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 16, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Division Manager