UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Orlando Division

| | |
|---|---|
| **Arlette de Andrade** | Trial By Jury |
| *Counter Claimant, Pro se ( sui juris )* | |
| vs. | Case No.:   **12-cv-01054-PCF-DAB** |
| **US BANK, N.A.,** | Judge's Name:   Patricia C. Fawsett |
| as Trustee for J.P. Morgan Mortgage | |
| Acquisition Trust 2006-WF1; | Magistrate's Name:   David A. Baker |
| *Counter Defendant(s)* | |

## COMPLAINT NOTICE & NOTICE OF REMOVAL

*Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent*

COMES NOW, the Counter Claimant, **Arlette de Andrade**, *Pro se ( sui juris )*, who hereby enters a **Complaint Notice & Removes** this action from the Clerk of the Circuit Court in the Ninth Judicial Circuit Court in and for Osceola County, Florida. The grounds for removal are as follows:

1. Pursuant to Title 28 U.S.C. § 1446(d), written notice of this COMPLAINT NOTICE AND NOTICE OF REMOVAL will be provided to all adverse parties, and a copy of this COMPLAINT NOTICE AND NOTICE OF REMOVAL will be filed with the Clerk of the Circuit Court in the Ninth Judicial Circuit Court in and for Osceola County, Florida, Case No.: **49-2009-CA-004357 MF**, filed on **April 15, 2009**, in a civil action originally filed by the Counter Defendant(s), **US BANK, N.A.**, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1, and **WELLS FARGO BANK, N.A.**, (WELLS FARGO BANK, N.A. d.b.a. **PREMIERE ASSET SERVICES,(LLC))**, and **(WELLS FARGO HOME MORTGAGE** *(servicer)*), and **BANK OF AMERICA, N.A.** via the Counter Defendants' legal counsel, **Emily L. Lang**, Esq., **Florida Default Law Group**, PL, 9119 Corporate Lake Drive, Suite 300, Tampa, FL   33634.
- See "Exhibit A" - *Summons & Complaint.*

2. Counter Claimant, with and claiming all her unlimited, inherent, unalienable, YHVH God-given rights, as protected and secured by and through the Federal Constitution and the Constitution of the state of Florida, hereby respectfully moves this Honorable Court to grant her relief from judgment in this matter, Pursuant to the U.S.C., including, but not limited to, the Bill of Rights and Federal Rule 60.

3. Written notice of this COMPLAINT NOTICE & NOTICE OF REMOVAL will be provided to all adverse parties to the Case No.: 49-2009-CA-004357 MF, filed on April 15, 2009, in a civil action originally filed by US Bank, N.A., as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1, *( for alleged "lender" WELLS FARGO BANK, N.A.)*, via Defendants' counsel, William A. Malone, Ronald R. Wolfe & Associates, PL, in the Ninth Judicial District in and for Osceola County, Florida, and also to **WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE** *(servicer)*, and **WELLS FARGO BANK, N.A. d.b.a. PREMIERE ASSET SERVICES,** (LLC), and **BANK OF AMERICA, N.A.**

4. The filing of this COMPLAINT NOTICE & NOTICE OF REMOVAL is timely, pursuant to Title 28 U.S.C. §b1446 (b).

5. The Counter Claimant, Arlette de Andrade is determined to file said COMPLAINT NOTICE & NOTICE OF REMOVAL because of the serious violations in the matter, violating the Counter Claimant's Civil Rights, which is being removed to this Court properly, pursuant to Title 28 U.S.C. Chapter 89 § 1443. The Circuit Court of the Ninth Judicial Circuit of Osceola County, Florida lacks jurisdiction due to the violation of the claimant's Civil Rights. *A court "cannot confer jurisdiction where none existed and cannot make a void proceeding valid." Gowdy v. Baltimore and Ohio R.R. Company.: 385 Ill. 86, 92, 52 N.E. 2d 255 (1943).* - See *Johnson v. Zerbst, 304 U.S., 458, 468. "If the Bill of Rights is not complied with, the court no longer has jurisdiction to proceed. The judgment ... pronounced by a court without jurisdiction is void ..."*

6. Counter Claimant, Arlette de Andrade, brings this action pursuant to:

*18 §241* *(Conspiracy against rights);*

*18 §242* *(Deprivation of rights under color of law);*

*42 §1981* *(Equal rights under the law);*

*42 §1982* *(Property rights of citizens);*

*42 USC § 1983* *(Civil Action For Deprivation Of Rights);*

*42 §1985* *(Conspiracy to interfere with civil rights);*

*42 §1986* *(Action for neglect to prevent);*

*42 §1987* *(Prosecution of violation of certain laws);*

*42 §1988* *(Proceedings in vindication of civil rights);*

*42 §1989* *(United States magistrate judges; appointment of persons to execute warrants);*

*42 § 5532 (c)* *(Fraudulent concealment);*

*28 USC § 1443 - (Civil Rights Cases) ;*

**Title 18 USC § 2** *- (Principals);*

**Title 18 USC § 4** *- (Misprision of felony);*

**Title 18 USC § 6** *- (Department and agency defined),*

*Florida Statutes,* **Title XLIV, Chapter 760/ 760.021** *-
(Discrimination In The Treatment Of Persons; Minority Representation, Civil);*

*Counter Claimant* **INVOKES** *the jurisdiction of this Court pursuant to* **Amendment IV, Amendment V, Amendment VI, Amendment XIII and Amendment XIV.** *At all times relevant, all of the causes of action were committed within the geographical jurisdiction of this Court.*

7. Counter Defendants and their alleged counsel, Florida Default Law Group, PL, have committed fraud, and Civil and Constitutional Rights violations in this matter. The Jurisdiction in this matter has been challenged as a necessary requirement of **due process of law.**

8. Pursuant to Article III Section 2 of the Constitution of the United States of America, as amended in 1791, with the Bill of Rights, the Constitution is declared as the Supreme Law of the Land. In this instant matter, the lower courts failed to conform to and function pursuant to this specific Article of the Constitution, by ensuring that the matter involving the Counter Claimant be presented and heard in a fair, lawful and un-biased judicial proceeding, conducted in a proper venue thereof. Thereby the lower court should have ensured the lawful deciding of this matter, via trial by jury, in order that justice and due process of law be preserved. - See *Johnson v. Zerbst, 304 U.S., 458, 468. "If the Bill of Rights is not complied with, the court no longer has jurisdiction to proceed. The judgment ... pronounced by a court without jurisdiction is void ...".*

9. This proceeding must be conducted in a court that conforms to and functions in accordance with Article III Section 2 of the Federal Constitution, as the only court that can hear matters of the People. - See *Cooper v. Aaron, 358 U.S. Ct. 1401, 3 L. Ed. 2d 5 (1958) "State government officials are bound to comply with Supreme Court rulings and court orders based upon the Supreme Court's interpretation of the Constitution. The United States Constitution is the Supreme Law of the Land per the Supremacy Clause of Article VI. In Marbury v. Madison, the Federal Judiciary was declared the Supreme Authority with respect to Constitutional interpretation. Marbury v. Madison has been respected by this Court and the nation as a permanent and indispensable component of the American constitutional system of government."*

10. Counter Claimant, being deeply concerned about the integrity of Judges and officers of the court, who overstep their authority, and respectfully requests this Honorable Court to provide immediate assistance to prohibit the unlawful behavior of those who are subverting the Supreme law of the land, and are wrongfully exercising dominion over their Jurisdictions, in order to protect and defend the unalienable rights of the people.

## MEMORANDUM OF LAW

The elemental foundations and purpose of a Summary Judgment Hearing must be complied with and upheld pursuant to Rule 56(c).  -  *See Celotex Corp. v. Catrett, 477 U.S. 317, 322, 106 S.Ct. 2548, 2552, 91 L.Ed.2d 265 (1986),* **"*Summary judgment is proper if the pleadings, depositions, and affidavits show that there is no genuine issue of material fact and that the moving party is entitled to judgment as a matter of law.* "**

Congress, by its words and meaning, enacted the Civil Rights Act of 1871 and that meaning included that judges are to be held responsible to an injured plaintiff for the deprivation of Constitutional Rights.   Any judge making a case finding to the contrary is hereby challenged as unconstitutional and unlawful.   No Court has ever challenged the Constitutionality of the Civil Rights Act of 1871, and therefore said Congressionally-enacted legislation stands as law.  The only way to change an act of Congress is by an act of Congress.   No judge can change it, and any such findings and changes are not to be upheld in Federal Courts as lawful.   No changes in the wording have ever been made

to Title 42 U.S.C. 1981, 1985, 1986 and 1988, and therefore these Congressionally-enacted laws are enforceable in the Federal Courts. The only change made to Title 42 U.S.C. 1983 took place in 1979. At this time the words "or the District of Columbia" were inserted following "Territory". If any judges, or persons representing judges, had wanted to make a change this would have been an opportune time to do so. No action was ever taken to change the wording of the law and it remains as such today.

Judges are not immune for their non-judicial activities, i.e., activities which are ministerial or administrative in nature." *Santiago v. City of Philadelphia*, 435 F. Supp. 136.

"It is the duty of the courts to be watchful for CONSTITUTIONAL RIGHTS of the citizen, against any stealthy encroachments thereon." *Boyd v. U.S.*, 116 US 616, 635, (1885).

"The judicial branch has only one duty --- to lay the article of the Constitution which is involved beside the statue which is challenged and to decide whether the latter squares with the former . . . the only power it (the Court) has . . . is the power of judgment." *U.S. v. Butler*, 297 US (1936).

**WHEREFORE**, Arlette de Andrade, Counter Claimant, notices the court that the law and the facts are clear and unambiguous regarding the magnitude of the void in this ruling. The violation of rights invokes the jurisdiction of this honorable court, in keeping with lawful precedent, to ensure that all of Counter Claimant's civil rights are not further violated.

THEREFORE, Arlette de Andrade, Counter Claimant, respectfully prays and moves this Honorable Court to grant her motion of **COMPLAINT NOTICE & NOTICE OF REMOVAL**, and any such further relief as this Court deems just and proper, under the herein circumstances.

Respectfully submitted,

*Reserving all of my rights,*

by: _____[signature]_____
Arlette de Andrade, *Counter Claimant, Pro se/Sui juris*

**Arlette de Andrade**
*c/o corresponding postal service address:*
2344 Pleasant Hill Road
Kissimmee, Florida [34746]
Telephone: (407) 201-4154     Facsimile: (877) 711-9324

---

### CERTIFICATE OF SERVICE

On this __17th__ day of July, 2012, I certify that service of the foregoing Counter Claimant's **REQUEST FOR CORRECTION AND AMENDMENT OF FEDERAL COURT DOCKET & CIVIL COVER SHEET**, has been made upon the following party by sending a copy via the USPS mail, to ROBERT R. WOLFE & ASSOCIATES, PL, *Attn:* William Malone, or Jacqueline F. Kuyk, Esq., and or Emily Lang, Esq., at 4919 Memorial Highway, Suite 200, Suite 200, Tampa, FL 33634.

*Reserving all of my rights,*

by: _____[signature]_____
Arlette de Andrade, *Counter Claimant, Pro se/Sui juris*

**Arlette de Andrade**
*c/o corresponding postal service address:*
2344 Pleasant Hill Road
Kissimmee, Florida [34746]