UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Orlando Division

---

**Arlette de Andrade** : Trial By Jury
    *Counter Claimant, Pro se ( sui juris )* :
vs. : Case No.: **12-cv-01054-PCF-DAB**
:
**US BANK, N.A.,** : *Judge's Name:* Patricia C. Fawsett
as Trustee for J.P. Morgan Mortgage :
Acquisition Trust 2006-WF1; : *Magistrate's Name:* David A. Baker
    *Counter Defendants* :
_____ /

# CORRECTION AND AMENDMENTS TO TITLE OF "NOTICE OF REMOVAL"

*Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent*

COMES NOW, the Counter Claimant, **Arlette de Andrade**, *Pro se ( sui juris )*, who hereby requests to have the Title of the "**NOTICE OF REMOVAL**" Corrected and Amended, as follows:

1. The Counter Claimant is submitting the Correction and Amendments to the Title, as to the "**NOTICE OF REMOVAL**" filed on 07-09-2012.

2. The Counter Claimant is requesting the Federal Clerk of Courts to have said "**NOTICE OF REMOVAL**" title changed and corrected on said Federal Docket to:

   **COMPLAINT NOTICE & NOTICE OF REMOVAL**

WHEREFORE, Arlette de Andrade, Counter Claimant, enters this **CORRECTION AND AMENDMENTS TO TITLE OF "NOTICE OF REMOVAL"**, as to permit the Federal Clerk of Courts to Correct the Federal Docket, with the Correct and Amended Title to state: **COMPLAINT NOTICE & NOTICE OF REMOVAL**.

Respectfully submitted,

*Reserving all of my rights,*

by: _____
   **Arlette de Andrade**, *Counter Claimant, Pro se / sui juris*

   **Arlette de Andrade**
   *c/o corresponding postal service address:*
   2344 Pleasant Hill Road
   Kissimmee, Florida [34746]
   Telephone: (407) 201-4154      Facsimile: (877) 711-9324

---

### CERTIFICATE OF SERVICE

On this _____ day of July, 2012, I certify that service of the foregoing Counter Claimant's **REQUEST FOR CORRECTION AND AMENDMENT OF FEDERAL COURT DOCKET & CIVIL COVER SHEET**, has been made upon the following party by sending a copy via the USPS mail, to ROBERT R. WOLFE & ASSOCIATES, PL, *Attn:* William Malone, or Jacqueline F. Kuyk, Esq., and or Emily Lang, Esq., at 4919 Memorial Highway, Suite 200, Suite 200, Tampa, FL 33634.

*Reserving all of my rights,*

by: _____
   **Arlette de Andrade**, *Counter Claimant, Pro se / sui juris*

   **Arlette de Andrade**
   *c/o corresponding postal service address:*
   2344 Pleasant Hill Road
   Kissimmee, Florida [34746]
   Telephone: (407) 201-4154      Facsimile: (877) 711-9324

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
*Orlando Division*

---

**Arlette de Andrade**  :  Trial By Jury
   *Counter Claimant, Pro se ( sui juris )*  :
vs.  :  Case No.:  **12-cv-01054-PCF-DAB**
 :
**US BANK, N.A.,**  :  *Judge's Name:*  Patricia C. Fawsett
as Trustee for J.P. Morgan Mortgage  :
Acquisition Trust 2006-WF1;  :  *Magistrate's Name:*  David A. Baker
   *Counter Defendants*  :
_____/

# CORRECTION AND AMENDMENTS TO TITLE OF "NOTICE OF REMOVAL"

*Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent*

FILED 2012 JUL 17 PM 3:11 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

COMES NOW, the Counter Claimant, **Arlette de Andrade**, *Pro se ( sui juris )*, who hereby requests to have the Title of the "**NOTICE OF REMOVAL**" Corrected and Amended, as follows:

1. The Counter Claimant is submitting the Correction and Amendments to the Title, as to the "**NOTICE OF REMOVAL**" filed on 07-09-2012.

2. The Counter Claimant is requesting the Federal Clerk of Courts to have said "**NOTICE OF REMOVAL**" title changed and corrected on said Federal Docket to:

**COMPLAINT NOTICE & NOTICE OF REMOVAL**

WHEREFORE, Arlette de Andrade, Counter Claimant, enters this **CORRECTION AND AMENDMENTS TO TITLE OF "NOTICE OF REMOVAL"**, as to permit the Federal Clerk of Courts to Correct the Federal Docket, with the Correct and Amended Title to state: **COMPLAINT NOTICE & NOTICE OF REMOVAL**.

Respectfully submitted,

*Reserving all of my rights,*

by: _____
  **Arlette de Andrade**, *Counter Claimant, Pro se / sui juris*

  **Arlette de Andrade**
  *c/o corresponding postal service address:*
  2344 Pleasant Hill Road
  Kissimmee, Florida [34746]
  Telephone: (407) 201-4154   Facsimile: (877) 7 11-9324

---

### CERTIFICATE OF SERVICE

On this _____ day of July, 2012, I certify that service of the foregoing Counter Claimant's **REQUEST FOR CORRECTION AND AMENDMENT OF FEDERAL COURT DOCKET & CIVIL COVER SHEET**, has been made upon the following party by sending a copy via the USPS mail, to ROBERT R. WOLFE & ASSOCIATES, PL, *Attn:* William Malone, or Jacqueline F. Kuyk, Esq., and or Emily Lang, Esq., at 4919 Memorial Highway, Suite 200, Suite 200, Tampa, FL 33634.

*Reserving all of my rights,*

by: _____
  **Arlette de Andrade**, *Counter Claimant, Pro se / sui juris*

  **Arlette de Andrade**
  *c/o corresponding postal service address:*
  2344 Pleasant Hill Road
  Kissimmee, Florida [34746]
  Telephone: (407) 201-4154   Facsimile: (877) 711-9324