UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

US BANK NATIONAL ASSOCIATION,
as Trustee for J.P. Morgan Mortgage
Acquisition Trust 2006-WF1,

        Plaintiff,

v.                                           Case No. 6:12-cv-1054-Orl-19DAB

ARLETTE DEANDRADE, ET AL.,

        Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that Michael K. Winston, Esquire and April Y. Walker, Esquire of the law firm of Carlton Fields, P.A. hereby enter their appearance as co-counsel of record for Plaintiff, **US Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1**, in the above-referenced matter, and requests that all future pleadings and papers in this cause be directed to undersigned counsel.

        **CARLTON FIELDS, P.A.**
        CNL Center at City Commons
        450 S. Orange Avenue, Suite 500
        Orlando, FL 32801-3336
        Telephone: (407) 849-0300
        Facsimile: (407) 648-9099

        By:   /s/ April Y. Walker
                Michael K. Winston, Esquire
                Florida Bar No. 051403
                mwinston@carltonfields.com
                April Y. Walker, Esquire
                Florida Bar No. 0125288
                awalker@carltonfields.com
                *Co-Counsel for Defendant US Bank*
                *National Association, as Trustee for J.P.*

24254918.1

*Morgan Mortgage Acquisition Trust 2006-WF1*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a copy of the foregoing document has been served via U.S. Mail to:

**Defendant** *pro se*
Arlette de Andrade
2344 Pleasant Hill Road
Kissimmee, Florida 34746

/s/ April Y. Walker
ATTORNEY

24254918.1