# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**US BANK NATIONAL ASSOCIATION,**
as Trustee for J.P. Morgan Mortgage
Acquisition Trust 2006-WFI,

          **Plaintiff,**

-vs-                                      **Case No. 6:12-cv-1054-Orl-28DAB**

**ARLETTE DE ANDRADE, ET AL.,**

          **Defendants.**
_____/

# ORDER

This case is before the Court on Plaintiff's Amended Motion For Remand and For An Award of Attorney's Fees and Costs (Doc. No. 22) filed August 3, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 23, 2012 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Amended Motion For Remand and For An Award of Attorney's Fees and Costs (Doc. No. 22) is **GRANTED**.

3. This case is remanded to the Ninth Judicial Circuit In and For Osceola County, Florida, case number 2009-CA-4357-MF.

4.	Plaintiff is awarded attorney's fees from Defendant Arlette De Andrade for her improvident removal of this case in the amount of $750.00.

5.	The Clerk of the Court is directed to remand this case as set forth above and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 12th day of September, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party